IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MARY GRANT, | ) | |
| Plaintiff, | ) | Civil Action No. 25-94 Erie |
| v. | ) | |
| | ) | |
| VENANGO COUNTY SHERIFF'S | ) | District Judge Susan Paradise Baxter |
| OFFICE, et al., | ) | Chief Magistrate Judge Richard Lanzillo |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff Elizabeth Mary Grant initiated this action by filing a *pro se* civil rights complaint in the United States District Court for the Southern District of New York on March 26 2025. [ECF No. 1]. The case was subsequently transferred to this Court on April 8, 2025, pursuant to a Transfer Order dated March 31, 2025 [ECF No. 3], and the matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Because Plaintiff submitted her complaint without paying the filing fee or filing a motion to proceed *in forma pauperis*, Judge Lanzillo issued an Order on May 20, 2025, closing the case administratively pending resolution of Plaintiff's filing deficiencies. [ECF No. 6]. Plaintiff subsequently filed a motion to proceed *in forma pauperis* on December 23, 2025 [ECF No. 10].

After reviewing Plaintiff's complaint under the screening provisions of 28 U.S.C. § 1915(e), Judge Lanzillo issued a Report and Recommendation on April 13, 2026, recommending that the complaint be dismissed, with prejudice, as frivolous. [ECF No. 11]. In particular, Judge Lanzillo found, *inter alia*, that "[t]he bulk of [Plaintiff's] 42-page complaint

1

consists of disjointed allegations with no conceivable relevance to any potential federal claim" and "seeks monetary relief from non-state actors." (Id. at pp. 3, 5). Thus, any attempt to amend the complaint would be futile. No timely objections to the R&R have been filed.

After *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 13th day of May, 2026;

IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma pauperis* [ECF No. 10] is GRANTED, but this case is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted. The Clerk is directed to file the Plaintiff's complaint as a separate docket entry.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued April 13, 2026 [ECF No. 11], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Richard A. Lanzillo
        Chief U.S. Magistrate Judge

        all parties of record

2